DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OLGA ROGERS** a/k/a **OLGA L. ROGERS,**
Appellant,

v.

**HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF PEOPLE'S FINANCIAL REALTY MORTGAGE SECURITIES TRUST, SERIES 2006-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1, MARTIN'S CROSSING HOMEOWNERS ASSOCIATION, INC.,** and **FIA CARD SERVICES, NATIONAL ASSOCIATION SUCESSOR BY MERGER OF BANK OF AMERICA, NA (USA),**
Appellees.

No. 4D15-3975

[ July 6, 2017 ]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; F. Shields McManus, Judge; L.T. Case No. 432013CA000902CAAX.

Malcolm E. Harrison of the Law Office of Malcolm E. Harrison, P.A., Wellington, for appellant.

Diana B. Matson of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, Fort Lauderdale, for Appellee HSBC Bank.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and CONNER, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***